Case: 1:26-mj-00119
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 7/20/2026
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF OFFENSE

On July 13, 2026, at approximately 7:38 p.m., Prince George's County police officers responded to a call for service at a residence in the 6000 block of Otis Street in Hyattsville, Maryland.  Officers met with V-1, who lives at the residence.

V-1 reported as follows:  V-1's close relative, Tyler Afsar (the "Defendant") entered V-1's residence at approximately 4:00 p.m., asked V-1 for cigarettes and money, and then locked himself inside a bathroom.  Approximately an hour later, the Defendant exited the bathroom, grabbed a shotgun from under a dresser, and then pointed the shotgun at V-1.  The Defendant then exited the residence.  Police showed V-1 the following confirmation photograph of the Defendant, and V-1 positively identified the Defendant.



According to Arlington County Police Department reports, V-2 reported that, on July 14, 2026, at approximately 1:00 p.m., in Arlington, Virginia, a man carrying a rifle carjacked V-2 and fled in V-2's silver Toyota RAV4 with Florida license plate 740FRQ (the "RAV4"). V-2 reported that the suspect arrived in a Toyota Tundra, which he then abandoned.  The Tundra was reported stolen in Prince George's County, Maryland.

On July 14, 2026, at approximately 11:45 p.m., United States Park Police received the following notification through a law enforcement system indicating that the RAV4 passed through a license plate reader on Suitland Parkway in Hillcrest Heights, Maryland.



At approximately 11:52 p.m., Prince George's County Police Department officers located the RAV4 in Suitland, Maryland and attempted to initiate a traffic stop. The RAV4 fled. United States Park Police officers joined the pursuit. The RAV4 fled into the District of Columbia. During the pursuit, including the portion that occurred in Washington, D.C., while officers had their lights and sirens activated, the driver, who was later identified as the Defendant, drove the vehicle at rates of approximately over 80 miles per hour.

Near the intersection of Branch Avenue and Lyndale Place, SE, Washington, D.C., the RAV4 crashed into Vehicle-2. The RAV4 then rolled over multiple times and crashed into Vehicle-3 and Vehicle-4, which were parked and unoccupied. Vehicle-2 was occupied by one person, the driver, who was transported by ambulance to the hospital for further evaluation. The below images are stills from police helicopter footage of the vehicle pursuit.







Officers approached the RAV4.  The front windshield was completely shattered and airbags were deployed.  Officers extracted the Defendant from the driver's side window of the vehicle.  The Defendant was the only occupant of the vehicle.  The undersigned later identified the Defendant as the same person depicted in the above-referenced confirmation photograph shown to V-1.  The Defendant also provided his name to law enforcement, and the name the Defendant provided matches the name provided by V-1.

Inside the vehicle, on the front passenger seat, officers located a black twenty-gauge shotgun and a backpack containing approximately twenty twenty-gauge shotgun rounds. Photographs of the shotgun and shotgun rounds are below.











The recovered firearm is a weapon which will or is designed to or may readily be converted to expel a projectile by the action of an explosive.  There are no firearm or ammunition manufacturers in the District of Columbia.  Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before it was recovered in the District of Columbia.

A review of the Defendant's criminal history revealed that, at the time of this offense, the Defendant had been convicted in 2022 in Maryland case number CT211217X of Robbery and sentenced to fifteen years of incarceration with twelve years suspended, and in 2020 in Maryland case number CT200686X of Motor Vehicle Theft for which he received a sentence of one year of imprisonment.  Those crimes are both punishable by a term of imprisonment of greater than one year.

As such, your affiant submits that there is probable cause to charge Tyler Afsar with a violation of 18 U.S.C. § 922(g)(1), which makes it a crime for a convicted felon to possess a firearm and ammunition.

Respectfully submitted,

_____

Anthony Sousa
Officer, Badge # 52
United States Park Police

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on July 20, 2026.


_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE